IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| KUN DUAN, and<br>MINGLING SUN,<br>*on their own behalf and on behalf of others similarly situated*<br>　　　　　　　　　Plaintiffs,<br>　　　　　　v.<br>HCND INC<br>　　d/b/a Beyond's China Buffet;<br>HAO CHEN, and<br>FEI LU<br>　　　　　　　　　Defendants. | Case No. 24-cv-00238<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68** |

PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff KUN DUAN, and MINGLING SUN, through their undersigned counsel, hereby accept and provide notice that they has accepted Defendants' Offer of Judgment to Plaintiffs dated July 30, 2025 attached hereto as Exhibit A.

Dated: Flushing, New York
July 30, 2025

　　　　　　　　　　　　　　　　　　　TROY LAW, PLLC
　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiffs*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John Troy

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| KUN DUAN, and<br>MINGLING SUN,<br>*on their own behalf and on behalf of others similarly situated*<br>　　　　　　　　Plaintiffs,<br>　　　　v.<br>HCND INC<br>　　d/b/a Beyond's China Buffet;<br>HAO CHEN, and<br>FEI LU<br>　　　　　　　　Defendants. | Case No. 24-cv-00238<br><br>**CERTIFICATE OF SERVICE** |

　　I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.

Dated: Flushing, New York
July 30, 2025

　　　　　　　　　　　　　　　　　　TROY LAW, PLLC
　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiffs*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John Troy