Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Kun Duan and Mingling Sun,

Plaintiffs,

vs.

HCND, Inc., doing business as
Beyond's China Buffet;
Hao Chen; and Fei Lu,

Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   3:24-cv-238

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Notice of Acceptance with Offer (Doc. 21) filed on July 30, 2025, Judgment is entered in this action in favor of Plaintiffs Kun Duan and Mingling Sun for the sum of Twenty Thousand Dollars ($20,000.00) including attorneys' fees, expenses, and costs to the date of the offer.

Date:  August 5, 2025

KARI M. KNUDSON, CLERK OF COURT

by:  */s/ Sarah Lien, Deputy Clerk*